ANTHONY J. PAIGE ET AL. *v.* TOWN PLAN AND ZONING COMMISSION OF THE TOWN OF FAIRFIELD ET AL.

The plaintiffs' petition for certification for appeal from the Appellate Court, 35 Conn. App. 646 (AC 12324), is granted, limited to the following issue:

"In the circumstances of this case, did trees and wild-life on the property of the defendant university fall within 'natural resources' as that term is used in General Statutes § 22a-19 (a) and (b), so as to require the defendant commission expressly to consider the possible environmental impact of a proposed subdivision plan?"

The Supreme Court docket number is SC 15092.

*Frederic S. Ury,* in support of the petition.

*Roy H. Ervin* and *John F. Fallon,* in opposition.

Decided October 20, 1994

THOMAS A. MCSWIGGAN *v.* KERA A. KAMINSKY ET AL.

The named defendant's petition for certification for appeal from the Appellate Court, 35 Conn. App. 673 (AC 12283), is denied.

*Paul E. Pollock* and *Colleen D. Fries,* in support of the petition.

Decided October 20, 1994

GAETANA MARY KEANS *v.* PAUL BOCCIARELLI

The defendant's petition for certification for appeal from the Appellate Court, 35 Conn. App. 239 (AC 12056), is denied.

*Craig A. Fontaine* and *Matthew G. Conway,* in support of the petition.

Decided November 3, 1994